818 A.2d 249

Herbert McMILLAN, et al.

v.

Delegate Mary Ann LOVE.

No. 116 Sept. Term, 2002.

Court of Appeals of Maryland.

March 10, 2003.

John R. Greiber, Jr. (Phillip F. Scheibe), Glen Burnie, for Appellants.

Robert A. Zarnoch, Asst. Atty. Gen., Annapolis (J. Joseph Curran, Jr., Atty. Gen. of Md., and Kathryn M. Rowe, Asst. Atty. Gen., Baltimore, on brief), Annapolis, for Appellee.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, and LAWRENCE F. RODOWSKY (retired, specially assigned), JJ.

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 10th day of March, 2003,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Anne Arundel County be,

and it is hereby, affirmed.    Mandate to issue forthwith.    Costs to be paid by the appellants.